UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STUART SCOTT PRESSLY,           )   CASE NO. CV 07-169-CJC (PJW)
                                )
              Petitioner,       )
                                )   J U D G M E N T
         v.                     )
                                )
BRIAN HAWS, WARDEN,             )
                                )
              Respondent.       )
_____ )

     Pursuant to the Order Adopting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

     DATED: January 7, 2010

                              _____
                              CORMAC J. CARNEY
                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~6134841.wpd